**Order entered July 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01668-CR
No. 05-12-01669-CR

**DONALD STEVENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-54028-R, F12-54029-R**

## ORDER

The Court **REINSTATES** the appeals.

On April 29, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. The findings were due within thirty days. To date, we have not received the trial court's findings, appellant's brief, or a response to our inquiries regarding the status of the findings. The appeals cannot proceed until the issue of appellant's brief is resolved.

The Court **ORDERS** the Honorable Mark Stoltz, Presiding Judge of the 265th Judicial District Court, to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the Honorable Mark Stoltz shall make appropriate findings and recommendations and

determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the Honorable Mark Stoltz cannot obtain appellant's presence at the hearing, the Honorable Mark Stoltz shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the Honorable Mark Stoltz is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the Honorable Mark Stoltz to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court, and to counsel for all parties.

We **ABATE** the appeals to allow the Honorable Mark Stoltz to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/    LANA MYERS
        JUSTICE